An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: THE HUMAC B.T.

No. 67355

ONIX, LLC,

          Appellant,

vs.

ZSUZSANNA CSELENYI; AND CZ&L LLC,

          Respondents.

**FILED**

JUL 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order approving a probate commissioner's recommendations. Respondents have filed a motion to dismiss the appeal on the ground that this court lacks jurisdiction. The motion is opposed. Having considered the motion, response, and reply, we conclude that the order appealed from is a not a final judgment pursuant to NRAP 3A(b). *See also Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The probate commissioner's order expressly leaves for further proceedings the final payment of claims and expenses for final approval and disbursement of monies upon a petition to be filed

15-20692

by the trustee. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Gloria Sturman, District Judge
   Persi J. Mishel, Settlement Judge
   Rainey Legal Group, PLLC
   Law Office of Daniel Potucek, LLC
   Olson, Cannon, Gormley, Angulo & Stoberski
   Eighth District Court Clerk